UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT, TAMPA, FLORIDA

| | |
|---|---|
| JME TRUST: <br> James Matthew Enright, C.S. ttee for JME Trust; <br> Boris Roger Erickson, C.S. successor ttee for JME Trust; <br><br> Plaintiff <br><br> vs. <br><br> JP MORGAN CHASE BANK, N.A.: <br> Marcela Castro; <br> James Dimon; <br> Fernando Ruiz; <br> Stevie Baron; <br> Gorge Acevedo; <br> Jennifer A. Piepszak; <br> Stacey Friedman; <br> Matt DiGiovanna; <br><br> Defendant | ) <br> ) <br> ) <br> ) Docket Number: 8:22 cv 196 TPB-AAS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Emergency <br> ) |

**Verified Complaint**

James Mathew Enright C.S. as trustee and Boris Roger Erickson C.S. as successor trustee appear *In Propria Persona* and *not Individually*, and hereby petitions this Court for relief from trespass upon the property and interests of JME Trust by JP MORGAN CHASE BANK, N.A. and under existing American Jurisprudence, this Court must accept as true the allegations of this Verified Complaint. As a basis for this proceeding in equity, James Mathew Enright C.S. and Boris Roger Erickson C.S. state and affirm under penalty of perjury under the Laws of the United States of America, and *without* the United States[1], as follows:

---

[1] See 28 U.S.C. § 1746(1)

Page 1 of 10

## I. Parties

1. **JME Trust** is an irrevocable inter vivos trust with its situs on the county of wayne, michigan, state of the union; see **Annex A** as though fully contained herein by reference;

2. **James Matthew Enright, C.S.** is trustee for JME Trust;

3. James Matthew Enright, C.S. appears *In Vivus*, of the age of majority, secure in his person, and controlling all Minor Securities (31 CFR 363.6), and hereby makes his petition with clean hands in equity to this Honorable Court *In Propria Persona* as James Matthew Enright C.S. as an ordained and registered Minister and High Priest created and granted by Church of Philadelphia;

4. For the purposes of this petition in accord with James Matthew Enright C.S' protected right of self-determination, James Matthew Enright C.S. states and affirms his non-citizen nationality is that of a "Floridian" as a self-evident truth and as defined by the United States Government Printing Office Style Manual, Page 95, Section 5.23.[2] James Matthew Enright C.S hereby offers proof of his non-resident, non-citizen nationality, age of majority, and acceptance of the grant of the registered International Organization by certified public record pursuant to FRE 902(4) attached Rule 220 filling in county of Minnesota attached hereto with Notice of Appearance for James Matthew Enright, C.S. as though fully contained herein by reference;

5. **Boris Roger Erickson C.S.** is successor trustee for JME Trust;

6. Boris Roger Erickson C.S. appears *In Vivus*, of the age of majority, secure in his person, and controlling all Minor Securities (31 CFR 363.6), and hereby makes his petition with clean hands in equity to this Honorable Court *In Propria Persona* as Boris Roger

---

[2] See GPO Style Manual, Page 95, Section 5.23 "Nationalities": https://www.govinfo.gov/content/pkg/GPO-STYLEMANUAL-2016/pdf/GPO-STYLEMANUAL-2016.pdf

    Erickson C.S. as an ordained and registered Minister and High Priest created and granted by Church of Philadelphia;

7. For the purposes of this petition in accord with Boris Roger Erickson C.S. protected right of self-determination, Boris Roger Erickson C.S. states and affirms his non-resident, non-citizen nationality is that of a "Floridian" as a self-evident truth and as defined by the United States Government Printing Office Style Manual, Page 95, Section 5.23.[3] Boris Roger Erickson C.S. hereby offers proof of his non-resident non-citizen nationality, age of majority, and acceptance of the grant of the registered International Organization by certified public record pursuant to FRE 902(4) attached Rule 220 filling in county of Minnesota attached hereto with Notice of Appearance for Boris Roger Erickson, C.S. as though fully contained herein by reference;

8. **JP MORGAN CHASE BANK, N.A.**, is financial institution with headquarters at 1111 Polaris Parkway, Columbus, Ohio, who does operate in Florida as CHASE BANK with location at 821 W Bay Drive, Largo, Florida;

**II. Jurisdiction**

9. This Court has original jurisdiction pursuant with 28 U.S. Code §1331 as this matter concerns violations of federal laws using the mails and wires of the United States which do adversely affect interstate commerce and the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States;

10. This Court has original jurisdiction pursuant with 28 U.S. Code §1337 as this matter concerns tortuous interference with a foreign trust and the district courts shall have

---

[3] See GPO Style Manual, Page 95, Section 5.23 "Nationalities" referenced in the aforementioned Footnote 2.

original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating commerce or protecting trade and commerce against restraints and monopolies;

11. This Court has original jurisdiction pursuant with 28 U.S. Code §1339 as this matter concerns fraud and swindle using the wire and mails of the United States and the district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to the postal service;

12. This Court has personal jurisdiction as plaintiffs are domiciled in county of Pinellas in Florida and pursuant with 28 U.S. Code §1348, all national banking associations shall, for the purposes of all other actions by or against them, be deemed citizens of the States in which they are respectively located;

13. This Court is the proper venue as the trespass and injury to JME Trust occurred in Pinellas County, Florida and plaintiff and defendant reside and or are domiciled within the geographical jurisdiction of this court and;

### III. Statement of Claim

9. JME Trust is account holder with JP MORGAN CHASE BANK, N.A.;

10. This account is a Trust account;

11. This account is located and managed by JP MORGAN CHASE BANK, N.A. operating under the name CHASE BANK at branch office located at 821 W Bay Drive, Largo, Florida;

12. JP MORGAN CHASE BANK, N.A. has fiduciary duty and obligation to secure and prevent unauthorized access to this account as part of the normal operating procedures of JP MORGAN CHASE BANK, N.A.;

13. JP MORGAN CHASE BANK, N.A. did breach fiduciary duty and obligation which did and does continue to injure and expose JME Trust with an unlawful seizure as a direct result of this breach;

## IV. General Factual Allegations

14. On January 4, 2022, JP MORGAN CHASE BANK, N.A. did place hold on JME Trust account in response to communication of an alleged notice of levy received by fax on January 4, 2022;

15. On or about January 14, 2022, JME Trust did receive documentation from JP MORGAN CHASE BANK, N.A.: Court Orders and Levies Department, in regards to this hold and is attached as **Annex B**, which is incorporated and included herein by reference;

16. The documentation received by JME Trust from JP MORGAN CHASE BANK, N.A.: Court Orders and Levies Department, in regards to this hold identifies one BRYAN MORRIS as the alleged agent who submitted this alleged levy, and;

17. The documentation received from JP MORGAN CHASE BANK, N.A.: Court Orders and Levies Department, failed to disclose admissible evidence in support of this hold upon JME Trust account demonstrating JME Trust has liability for settling the tax debts of one James M. Enright, and;

18. The documentation received from JP MORGAN CHASE BANK, N.A.: Court Orders and Levies Department, failed to disclose admissible evidence for any delegation of authority signed by the Secretary for BRYAN MORRIS, and;

19. On January 20, 2022, JME Trust did serve the registered agent in Florida for JP MORGAN CHASE BANK, N.A.: CT CORPORATION SYSTEMS at 1200 South Pine Island Road, Plantation, Florida, with Notice to Cease and Desist along with Petition to

the Commissioner of the IRS; *see* **Annex C** which is incorporated and included herein by reference;

20. On January 20, 2022, the notice and petition from #19 above was also mailed and emailed to Stacey Freidman as General Counsel for JP MORGAN CHASE BANK, N.A. and mailed to various other persons within JP MORGAN CHASE BANK, N.A.; *see* **Annex D** which is incorporated and included herein by reference;

21. JP MORGAN CHASE BANK, N.A. continues to maintain this hold, and;

22. JP MORGAN CHASE BANK, N.A. has not disclosed admissible evidence in support of this hold upon JME Trust account demonstrating JME Trust has liability for settling the tax debts of one James M. Enright, and;

23. JP MORGAN CHASE BANK, N.A. has not disclosed admissible evidence for any delegation of authority signed by the Secretary for BRYAN MORRIS;

24. Therefore, JP MORGAN CHASE BANK, N.A admits error by operating under color of authority and jurisdiction by willfully, intentionally, and falsely assuming and pretending BRYAN MORRIS to be an officer acting under the authority of the Internal Revenue Service ("IRS") and in such pretended character did place hold upon JME Trust property in violation of 18 U.S. Code § 912, and;

25. JP MORGAN CHASE BANK, N.A. did willfully and intentionally breach fiduciary obligation by allowing BRYAN MORRIS to trespass JME Trust property and interests with an unlawful, invalid levy which does deprive JP MORGAN CHASE BANK, N.A. of any and all indemnifications wherein personal liabilities are inherited for all persons involved as a result of the operation of law, and;

26. JP MORGAN CHASE BANK, N.A. did knowingly assist BRYAN MORRIS execute a scheme or artifice to obtain the moneys, funds, credits, assets, securities, or other property belonging to JME Trust under the custody of JP MORGAN CHASE BANK, N.A. by means of false or fraudulent pretenses and representations in violation of 18 U.S. Code § 1344 and did so by means of wire in violation of 18 U.S. Code § 1343, and;

27. JP MORGAN CHASE BANK, N.A. did place in the post office communication to be sent and delivered to JME Trust by the Postal Service in furtherance of this scheme and artifice in violation of 18 U.S. Code § 1341, and;

28. JP MORGAN CHASE BANK, N.A. did deprive JME Trust of the intangible right to receive honest services which is defined by Act of Congress with 18 U.S. Code § 1346 to be Scheme and Artifice to Defraud;

29. Therefore, JP MORGAN CHASE BANK, N.A., operates without authority, license, nor insurance;

## V. Conclusion

30. Whereas maxims of laws do read:

    a. *Ex facto jus oritur.* Law arises out of fact; that is, its application must be to facts;

    b. *Errores ad sua principia referre, est refellere.* To refer errors to their origin is to refute them. *3 Co. Inst. 15;*

    c. *Melius est in tempore occurrere, quam post causam vulneratum remedium quaerere.* It is better to restrain or meet a thing in time, than to see a remedy after a wrong has been inflicted. *2 Inst. 299;*

    d. *Error qui non resistitur, approbatur.* An error not resisted is approved. *Doct. & Stud. c. 70;*

    e. *Error juris nocet.* Error of law is injurious. *See 4 Bouv. Inst. n. 3828*;

    f. *Actus legis nemini facit injuriam.* The act of the law does no one an injury. *5 Co. 116*;

    g. *Contr veritatem lex numquam aliquid permittit.* The law never suffers anything contrary to truth. *2 Co. Inst. 252*;

    h. *Culpa est immiscere se rei ad se non pertinenti.* It is a fault to meddle with what does not belong to or does not concern you. *Dig. 50, 17, 36*;

    i. *Maxim paci sunt contraria, vis et injuria.* The greatest enemies to peace are force and wrong. *Co. Litt. 161*, and;

31. Whereas, JP MORGAN CHASE BANK and each individual named as defendant are reasonably aware and know the proper elements constituting a lawful, valid, and legal levy;

32. Whereas, JP MORGAN CHASE BANK and each individual named as defendant acts, actions, and inactions do injure the peace and dignity of JME Trust with libel and slander;

33. Whereas, JP MORGAN CHASE BANK and each individual named as defendant have neither claim nor right to any of the accounts, moneys, funds, credits, assets, securities, or other property belonging to JME Trust under the custody of JP MORGAN CHASE BANK, N.A therefore injure the peace and dignity of JME Trust with fraud and swindle by wire and the mails of the United States;

34. Whereas, JP MORGAN CHASE BANK and each individual named as defendant did interfere and do continue to interfere with the operation of JME Trust in violation of 15 U.S. Code § 1;

35. Whereas, 15 U.S. Code § 1 grants this COURT authority to enter a judgment against JP MORGAN CHASE BANK, N.A. for up to one hundred million dollars ($100,000,000) and for up to one million dollars ($1,000,000) against each individual named as defendant for this intentional and willful interference;

## VI. Prayer

36. Wherefore, JME Trust hereby enters prayer for injunctive and pecuniary relief wherein:

    a. JP MORGAN CHASE BANK, N.A. cease and desist this action;

    b. JP MORGAN CHASE BANK, N.A. restore JME Trust account immediately;

    c. JP MORGAN CHASE BANK, N.A. pay JME Trust three times the amount put on hold as restitution which amounts to six hundred thirty-four thousand ninety-six dollars and thirty-two cents ($634,096.32);

    d. JP MORGAN CHASE BANK, N.A. pay attorney fees in amount of five thousand dollars ($5000) along with court costs and other expenses incurred by JME Trust for having to protect JME Trust from this unlawful action, and;

    e. And any other lawful remedy this court may feel necessary to restore the peace and dignity of JME Trust;

Respectfully submitted this 24 day of January, 2022

By: *James Matthew Enright /M C.S.*
James Mathew Enright C.S., acting in proper person, not individually.

By: *Boris Roger Erickson C.S.*
Boris Roger Erickson C.S., acting in proper person, not individually.

P.O. Box 5222
Largo, Florida
33779

## VERIFICATION

The undersigned, hereby state and affirm that the information set forth herein is true, correct, and complete to the best of the knowledge of undersigned under penalty of perjury of the laws of the United States of America and without the United States.

By: _James Matthew Enright C.S._
James Matthew Enright C.S, acting in proper person, not individually.

By: _Boris Roger Erickson, C.S._
Boris Roger Erickson C.S., acting in proper person, not individually.

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on this __24__ day of January, 2022, a copy of the foregoing was served on JP MORGAN CHASE BANK, N.A. by delivering the same to registered agent: CT CORPORATION SYSTEMS AT 1200 South Pine Island Road, Plantation, Florida, by process server and by email to Stacey Freidman as general counsel for JP MORGAN CHASE BANK, N.A. at stacey.friedman@jpmorgan.com.

By: _James Matthew Enright C.S._
James Matthew Enright C.S, acting in proper person, not individually.

By: _Boris Roger Erickson, C.S._
Boris Roger Erickson C.S., acting in proper person, not individually.